UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

S<small>ANTIAGO</small> E<small>SQUIVEL</small>,

    Petitioner,       Case No. 1:21-cv-290

v.              Honorable Paul L. Maloney

G<small>ARY</small> M<small>INIARD</small>,

    Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: April 22, 2021      /s/ Paul L. Maloney
                  Paul L. Maloney
                  United States District Judge