UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

S<small>ANTIAGO</small> E<small>SQUIVEL</small>,

        Petitioner,                Case No. 1:21-cv-290

v.                                         Honorable Paul L. Maloney

G<small>ARY</small> M<small>INIARD</small>,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  April 22, 2021                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             United States District Judge